**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALFRED GONZALEZ,

                Plaintiff,

-against-

CITY OF NEW YORK; and DISTRICT
COUNCIL 37, AFSCME, AFL-CIO, SSEU
LOCAL 371,

                Defendant.
-----------------------------------------------------------X

18 CIVIL 2197 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 13, 2020, Defendant's motion for summary judgment is granted; in the Motion to Dismiss Opinion, the Court dismissed two of Gonzalez's claims with prejudice but granted him leave to amend his claim that "the City violated his due process rights secured under the Fourteenth Amendment because it will share falsified personnel records and foreclose future employment opportunities;" over one year later, Gonzalez has not filed any amended complaint; consequently, the Court concludes that Gonzalez does not intend to file an amended complaint and converts its dismissal of his third claim for relief in the Motion to Dismiss Opinion to a dismissal with prejudice; because the Court has granted summary judgment to the Union on all of Gonzalez's claims asserted against it, there are no claims remaining in the case; accordingly, this case is closed.

**Dated:** New York, New York
         January 13, 2020

                                                **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                                          BY:

                                                     **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/13/2020